O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 09-0647 AHM (RZx) | Date | February 2, 2009 |
|---|---|---|---|
| Title | JOSEPH A. COLFORD JR. v. DAVID MOSS, et al. | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | |
|---|---|---|
| S. Eagle | Not Reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys **NOT** Present for Plaintiffs: | Attorneys **NOT** Present for Defendants: |
|---|---|

**Proceedings:**       IN CHAMBERS (No Proceedings Held)

     Defendants Metrocities Mortgage, LLC ("Metro") and Countrywide Home Loans, Inc. ("Countrywide") filed a Notice of Removal on January 28, 2009. The basis for their removal is that Plaintiff brings a claim under The Real Estate Settlement Procedures Act, 12 U.S.C. § 2607, et seq. Metro and Countrywide fail to establish, however, that the Notice of Removal is timely.

     Generally, a defendant must file a notice of removal within 30 days after receipt of the first pleading in the state action that sets forth a removable claim. 28 U.S.C. § 1446(b). "If a case is removable from the outset, it must be removed within the initial thirty-day period specified by § 1446(b); subsequent events do not make it 'more removable' or 'again removable.' Once the right to removal is waived, it is generally waived for all time (and for all defendants), regardless of subsequent changes in the case." *See Dunn v. Gaiam, Inc.*, 166 F. Supp. 2d 1273, 1278-79 (C.D. Cal. 2001) (quoting *Samura v. Kaiser Found. Health Plan*, Inc., 715 F. Supp. 970, 972 (N.D. Cal. 1989))

     According to the date stamp on the original Complaint, Plaintiff filed this action in the County of Ventura Superior Court on December 8, 2008. The Complaint alleged, among other claims, a federal claim under The Real Estate Settlement Procedures Act ("RESPA"), 12 U.S.C. § 2607, et seq. This original RESPA claim presumably made the case eligible for removal, all other things being equal, and Defendants were therefore obligated to file their Notice of Removal within 30 days of receiving the original Complaint. But the Notice of Removal only states that it was filed within 30 days of the removing Defendants' receipt of the *First Amended Complaint*. Notice of Removal ¶ 5. Metro and Countrywide therefore have not shown that the Notice of Removal complies

O

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 09-0647 AHM (RZx) | Date | February 2, 2009 |
|---|---|---|---|
| Title | JOSEPH A. COLFORD JR. v. DAVID MOSS, et al. | | |

with 28 U.S.C. § 1446(b).

    For this reason the Court ORDERS Defendants Metro and Countrywide to SHOW CAUSE in writing by not later than **February 11, 2009** why this Court should exercise jurisdiction given the possibility that the Notice of Removal was untimely.

                                                                                                                                                                                                    :

Initials of Preparer      SE