O

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 09-0647 AHM (RZx) | Date | February 12, 2009 |
|---|---|---|---|
| Title | JOSEPH A. COLFORD JR. v. DAVID MOSS, et al. | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | |
|---|---|---|
| Stephen Montes | Not Reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys **NOT** Present for Plaintiffs:   Attorneys **NOT** Present for Defendants:

**Proceedings:**   IN CHAMBERS (No Proceedings Held)

    The Court has reviewed the response by Defendants to the Order to Show Cause. For good cause shown, the Court hereby DISCHARGES its February 2, 2009 Order to Show Cause.[1]

|  | : |
|---|---|
| Initials of Preparer | SMO |

---

[1] Docket No. 4.