JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH A. COLFORD, JR., an Individual,<br><br>Plaintiff,<br><br>vs.<br><br>DAVID MOSS, et al.,<br><br>Defendants. | Case No. CV 09-0647 AHM (RZx)<br><br>**JUDGMENT IN FAVOR OF COUNTRYWIDE HOME LOANS, INC.**<br><br>Assigned to Hon. A. Howard Matz |

731218

[PROPOSED] JUDGMENT

1     Pursuant to the Court's Order granting Defendant Countrywide Home Loans, Inc.'s Motion to Dismiss dated May 6, 2009 and entered on May 7, 2009,

    IT IS ORDERED, ADJUDGED, AND DECREED that Plaintiff Joseph A. Colford shall take nothing against Defendant Countrywide Home Loans, Inc., and all of Plaintiff's causes of action against Countrywide Home Loans, Inc. are dismissed with prejudice. Countrywide Home Loans, Inc. shall recover its attorneys' fees and costs from Plaintiff, subject to proof.

    IT IS SO ORDERED.

Dated: May 27, 2009

_____
UNITED STATES DISTRICT JUDGE

**JS-6**